United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Helen Marie States  
      Debtor  

Case No. 13-18019-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 1      Date Rcvd: Jul 15, 2016  
                       Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2016.  
13171838       CitiMortgage,Inc.,   P.O. Box 688971,   Des Moines, IA,   50368-8971

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2016                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2016 at the address(es) listed below:  
          JEROME B. BLANK    on behalf of Creditor   Citimortgage Inc paeb@fedphe.com  
          JILL  MANUEL-COUGHLIN    on behalf of Creditor   CITIMORTGAGE, INC. jill@pkallc.com,  
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com  
          JOSEPH PATRICK SCHALK    on behalf of Creditor   Citimortgage Inc paeb@fedphe.com  
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   CITIMORTGAGE, INC. bkgroup@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          MARIO J. HANYON    on behalf of Creditor   Citimortgage Inc paeb@fedphe.com  
          MICHAEL SETH SCHWARTZ   on behalf of Debtor Helen Marie States msbankruptcy@verizon.net  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                  TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-18019-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Helen Marie States
152 Ridge Boulevard
Brookhaven PA 19015

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/13/2016.

Name and Address of Alleged Transferor(s):

Claim No. 3: CitiMortgage,Inc., P.O. Box 688971, Des Moines, IA, 50368-8971

Name and Address of Transferee:

MidFirst Bank
999 Northwest Grand Blvd.
Oklahoma City, OK 73118

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/17/16

Tim McGrath
**CLERK OF THE COURT**