United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Helen Marie States  
    Debtor

Case No. 13-18019-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 1    Date Rcvd: Oct 04, 2016  
                 Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2016.
```
db              +Helen Marie States,   152 Ridge Boulevard,   Brookhaven, PA 19015-2320
13758970        +MidFirst Bank,   999 Northwest Grand Blvd.,   Oklahoma City, OK 73118-6051
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2016                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2016 at the address(es) listed below:
```
          JEROME B. BLANK    on behalf of Creditor    Citimortgage Inc paeb@fedphe.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
          JOSEPH PATRICK SCHALK    on behalf of Creditor    Citimortgage Inc paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    CITIMORTGAGE, INC. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MARIO J. HANYON    on behalf of Creditor    Citimortgage Inc paeb@fedphe.com
          MICHAEL SETH SCHWARTZ    on behalf of Debtor Helen Marie States msbankruptcy@verizon.net
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 9
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Helen Marie States<br>    Debtor<br><br>MidFirst Bank<br>  v.<br>Helen Marie States<br>  and<br>William C. Miller Esq.<br>  Trustee | Chapter 13<br><br><br>NO. 13-18019 MDC |

## ORDER

AND NOW, this 4th day of October, 2016 upon the filing of a Certification of Default by Movant in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Sections 362, is modified to allow MidFirst Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 152 Ridge Boulevard Brookhaven, PA 19015.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

                    _Magdeline D. Coleman_
                    United States Bankruptcy Judge.

cc: See attached service list

Helen Marie States
152 Ridge Boulevard
Brookhaven, PA 19015

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Michael S. Schwartz Esq.
707 Lakeside Office Park
Southampton, PA 18966

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532