United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-18019-mdc
Helen Marie States                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD          Page 1 of 2           Date Rcvd: Jan 06, 2017
                            Form ID: pdf900         Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2017.
```
db            +Helen Marie States,    152 Ridge Boulevard,    Brookhaven, PA 19015-2320
13171838       CitiMortgage,Inc.,    P.O. Box 688971,    Des Moines, IA,    50368-8971
13145772      +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
13145773      +Deborah Buckley,    232 Sunnybrook Road,    Flourtown, PA 19031-1625
13145774      +Fncc,    Attn: Bankruptcy,    Po Box 5097,    Sioux Falls, SD 57117-5097
13145775      +Lee Rosenau, Esquire,    8 Penn Center, Suite 900,    1628 JFK Blvd,
                Philadelphia, PA 19103-2125
13162978      +Michael Schwartz, Esquire,    707 Lakeside Office Park,    Southampton, PA 18966-4020
13758970      +MidFirst Bank,    999 Northwest Grand Blvd.,    Oklahoma City, OK 73118-6051
13240915       SANTANDER CONSUMER USA,    P.O. BOX 560284,    DALLAS, TX 75356-0284
13145776      +United Rev,    Po Box 1892,    Bensalem, PA 19020-6892
13145777      +William States,    152 Ridge Blvd,    Brookhaven, PA 19015-2320
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Jan 07 2017 01:36:34     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 07 2017 01:35:38
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 07 2017 01:36:22     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13149535       E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 07 2017 01:36:13
                American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                Irving, TX 75016-8088
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Citimortgage Inc,    Citimortgage Inc,    PO Box 6030,    Sioux Falls
13145771     ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                   TOTALS: 1, * 0, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2017                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2017 at the address(es) listed below:
```
              ANDREW   SPIVACK    on behalf of Creditor    Citimortgage Inc paeb@fedphe.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              JEROME B. BLANK    on behalf of Creditor    Citimortgage Inc paeb@fedphe.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    CITIMORTGAGE, INC. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Citimortgage Inc paeb@fedphe.com
              MICHAEL SETH SCHWARTZ    on behalf of Debtor Helen Marie States msbankruptcy@verizon.net
              THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                   Date Rcvd: Jan 06, 2017
                              Form ID: pdf900             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                           TOTAL: 11

Case 13-18019-mdc    Doc 82    Filed 01/08/17    Entered 01/09/17 01:17:31    Desc Imaged
Certificate of Notice    Page 2 of 3

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HELEN MARIE STATES                                Chapter 13

           Debtor                    Bankruptcy No. 13-18019-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___5th___ day of ___January___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL SCHWARTZ
707 LAKESIDE OFFICE PARK
STREET AND STUMP ROADS
SOUTHAMPTON, PA 18966-


Debtor:
HELEN MARIE STATES

152 RIDGE BOULEVARD

BROOKHAVEN, PA 19015